**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Stubert Martin Turpie, Jr.** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Marjorie Lee Turpie** |
| (Spouse, if filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:22-bk-01453-HWV** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

| 1.1 | | |
|---|---|---|

**586 Fort Loudon Road**
Street address, if available, or other description

**Mercersburg    PA    17236-0000**
City        State        ZIP Code

**Franklin**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**This property is owned jointly by the debtors; having been acquired by deed in June 1997  Value of the property is determined by an appraisal performed by Tim Ausherman in  and FMA Conducted March 2022.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $296,950.00 | $296,950.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| $296,950.00 |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Stubert Martin Turpie, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Marjorie Lee Turpie** | Case number *(if known)* | **1:22-bk-01453-HWV** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| | | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|

| 3.1 | Make: | **Chevy** | Who has an interest in the property? Check one | | |
|---|---|---|---|---|---|
| | Model: | **Trailblazer** | ☐ Debtor 1 only | | |
| | Year: | **2004** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **184,000** | ☒ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **KBB TI $899.00** **KBB PP$2328.00** | | ☐ Check if this is community property (see instructions) | **$1,505.00** | **$1,505.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=> | **$1,505.00** |
|---|---|---|

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes.  Describe.....

| **couch, love seat, chair, coffee table, three end stands, floor lamp, curio cabinbet, deep freeze, stove refridgerator, diswasher, microwave, pot and pans, dishes, roaster, small appliances, table with six chairs, buffet, hutch, two twin beds, two king beds, one queen, seven dressers, four night stands, hope chest, small table w/two chairs, two rocking chairs, entertainment center, pictures, knick knacks.** | **$2,800.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes.  Describe.....

| **42" TV, three 27"TV'S, two DVD players, stereo, three cell phones, home computer, lap top** | **$300.00** |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☒ Yes.  Describe.....

| Doll collection about 100; wood collection animal figures | $1,500.00 |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes. Describe.....

| Kruger 22 pistol, Mossberg 12 gauge shot gun | $500.00 |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Clothing | $500.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| two wedding bands, two diamonds, necklaces, sapphire earrings, costume jewlrey, watches | $200.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| german shepard, 3 cats | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes. Give specific information.....

| metal shed, riding mower, push mower, snow blower, kiln, patioset, weed wacker, two bikes, two gas grills, gardening tools, lawn tools, holiday decorations. | $1,000.00 |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ | $6,800.00 |

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

| Debtor 1 | **Stubert Martin Turpie, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Marjorie Lee Turpie** | Case number *(if known)* | **1:22-bk-01453-HWV** |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................................

|  | Cash on hand as of Date of Signing | $40.00 |
|---|---|---|

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                Institution name:

| 17.1. | **Checking** | **Orrstown Bank (As of Date of Signing)** | $1,020.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Maryland MNCPPC (As of Day of Signing)** | $5.00 |
| 17.3. | **Checking** | **Maryland MNCPPC (As of Day of Signing)** | $0.16 |
| 17.4. | **Checking** | **Truist (As of date of Signing)** | $1,800.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                Name of entity:                                % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                Type of account:                Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

| Debtor 1 | **Stubert Martin Turpie, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Marjorie Lee Turpie** | Case number *(if known)* | **1:22-bk-01453-HWV** |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.
Company name: Beneficiary: Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................   **$2,865.16**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................   **$296,950.00**

56. **Part 2: Total vehicles, line 5**                                                   **$1,505.00**
57. **Part 3: Total personal and household items, line 15**                             **$6,800.00**
58. **Part 4: Total financial assets, line 36**                                         **$2,865.16**
59. **Part 5: Total business-related property, line 45**                                    **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                           **$0.00**
61. **Part 7: Total other property not listed, line 54**                          +         **$0.00**

62. **Total personal property. Add lines 56 through 61**...        **$11,170.16**    Copy personal property total    **$11,170.16**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                   **$308,120.16**



Researched and prepared by

Stanley Grabowski

Prepared exclusively for

Mick Turpie

Subject Property

586 Fort Loudon Rd  Fort Loudon,
Pa 17224

Fort Loudon, PA 17224



**Stanley Grabowski**
Real Estate Excel
1224 Holly Pike
Carlisle, PA 17013
(717) 258-8934
stangrabowski3837@hotmail.com

Copyright: BRIGHT MLS© 2022 All rights reserved.
This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

SCANNED

# Comparative Market Analysis



No Picture Available

Researched and prepared by

Stanley Grabowski

Prepared exclusively for

Mick Turpie

Subject Property

586 Fort Loudon Rd  Fort Loudon, Pa 17224

Fort Loudon, PA 17224



**Stanley Grabowski**
Real Estate Excel
1224 Holly Pike
Carlisle, PA 17013
(717) 258-8934
stangrabowski3837@hotmail.com

Copyright: BRIGHT MLS© 2022 All rights reserved.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

# Results Statistics

Listings as of 03/04/22 at 12:03 pm

## Residential Sale

### Active Properties

| MLS # | Address | City | Bds | Bths | Yr Blt | Acres | Abv Grd SF | $/SqFt | List Price | DOM |
|---|---|---|---|---|---|---|---|---|---|---|
| PAFU2000138 | 7999 Great Cove Rd | Needmore | 4 | 2/1 | 1931 | 1.00 | 2,392 | $114.97 | $275,000 | 173 |
| # LISTINGS: 1 | | | | | | | | | | |
| Medians: | | | 4 | 3.0 | 1931 | 1.00 | 2,392 | $114.97 | $275,000 | 173 |
| Minimums: | | | 4 | 3.0 | 1931 | 1.00 | 2,392 | $114.97 | $275,000 | 173 |
| Maximums: | | | 4 | 3.0 | 1931 | 1.00 | 2,392 | $114.97 | $275,000 | 173 |
| Averages: | | | 4 | 3.0 | 1931 | 1.00 | 2,392 | $114.97 | $275,000 | 173 |

### Active Under Contract Properties

| MLS # | Address | City | Bds | Bths | Yr Blt | Acres | Abv Grd SF | $/SqFt | List Price | DOM |
|---|---|---|---|---|---|---|---|---|---|---|
| PAFU2000144 | 183 Pleasant Grove Rd | Needmore | 4 | 2/1 | 0 | 1.53 | | | $280,000 | 113 |
| # LISTINGS: 1 | | | | | | | | | | |
| Medians: | | | 4 | 3.0 | 0 | 1.53 | | | $280,000 | 113 |
| Minimums: | | | 4 | 3.0 | 0 | 1.53 | | | $280,000 | 113 |
| Maximums: | | | 4 | 3.0 | 0 | 1.53 | | | $280,000 | 113 |
| Averages: | | | 4 | 3.0 | 0 | 1.53 | | | $280,000 | 113 |

### Pending Properties

| MLS # | Address | City | Bds | Bths | Yr Blt | Acres | Abv Grd SF | $/SqFt | List Price | DOM |
|---|---|---|---|---|---|---|---|---|---|---|
| PAFL2004636 | 7895 Stump Run Rd | Fayetteville | 3 | 3 | 2005 | 1.80 | | | $255,000 | 3 |
| # LISTINGS: 1 | | | | | | | | | | |
| Medians: | | | 3 | 3.0 | 2005 | 1.80 | | | $255,000 | 3 |
| Minimums: | | | 3 | 3.0 | 2005 | 1.80 | | | $255,000 | 3 |
| Maximums: | | | 3 | 3.0 | 2005 | 1.80 | | | $255,000 | 3 |
| Averages: | | | 3 | 3.0 | 2005 | 1.80 | | | $255,000 | 3 |

### Closed Properties

| MLS # | Address | City | Bds | Bths | Yr Blt | Acres | Abv Grd SF | CL$/SqFt | List Price | CL Price | Concess | CL Date | CLP%LP | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAFL2002286 | 3873 West Weaver | Greencastle | 3 | 2/1 | 1983 | 1.05 | 1,867 | $139.26 | $254,900 | $260,000 | $5,000 | 10/27/2021 | 102.00 | 3 |
| PAFL2000222 | 5430 Forest Ln | Fort Loudon | 5 | 2/1 | 1985 | 1.05 | 2,066 | $131.17 | $271,000 | $271,000 | $9,990 | 09/17/2021 | 100.00 | 23 |
| PAFU2000058 | 19842 Great Cove Rd | Mc Connellsburg | 5 | 2/1 | 1983 | 1.41 | 2,448 | $114.38 | $339,000 | $280,000 | | 09/30/2021 | 82.60 | 22 |

Stanley Grabowski
Reliable Excel
Office Ph: (717) 360-8921
Direct Ph: (717) 360-8921

© BRIGHT - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements may not be exact, and should not be relied upon for loan, valuation, or other purposes.
Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes.
Copyright 2022 Created: 03/04/2022 12:03 PM



Stanley Grabowski
Real Estate, Etc.
Office: (717) 258-1888
Ph: (717) 258-1888

# Results Statistics

Listings as of 03/04/22 at 12:03 pm

## Residential Sale

| # LISTINGS: 3 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Medians: | 5 | 3.0 | 1983 | 1.05 | 2,066 | $131.17 | $271,000 | $271,000 | $7,495 | 100.00 | 22 |
| Minimums: | 3 | 3.0 | 1983 | 1.05 | 1,867 | $114.38 | $254,900 | $260,000 | $5,000 | 82.60 | 3 |
| Maximums: | 5 | 3.0 | 1985 | 1.41 | 2,448 | $139.26 | $339,000 | $280,000 | $9,990 | 102.00 | 23 |
| Averages: | 4 | 3.0 | 1984 | 1.17 | 2,127 | $128.27 | $288,300 | $270,333 | $7,495 | 94.87 | 16 |

## Quick Statistics ( 6 Listings Total )

| | Min | Max | Average | Median |
|---|---|---|---|---|
| List Price | $254,900 | $339,000 | $279,150 | $273,000 |
| Closed Price | $260,000 | $280,000 | $270,333 | $271,000 |
| DOM | 3 | 173 | 56 | 23 |

© BRIGHT - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes.
Copyright 2022 Created: 03/04/2022 12:03 PM

# Residential Stats - Analysis Detail Report

Stanley Gribble...
Real Estate...
Direct Ph: (717) ...
Ph: (717) ...

## Active

**1 LISTING**

| 7999 Great Cove Rd | List Price | / Orig. Price | = % of | DOM | CDOM | Age |
|---|---|---|---|---|---|---|
| | $275,000 | $279,900 | 98.25 | 173 | 173 | 91 |
| Low | $275,000 | $279,900 | 98.25 | 173 | 173 | 91 |
| High | $275,000 | $279,900 | 98.25 | 173 | 173 | 91 |
| Median | $275,000 | $279,900 | 98.25 | 173 | 173 | 91 |
| Average | $275,000 | $279,900 | 98.25 | 173 | 173 | 91 |

## Active Under Contract

**1 LISTING**

| 183 Pleasant Grove Rd | List Price | / Orig. Price | = % of | DOM | CDOM | Age |
|---|---|---|---|---|---|---|
| | $280,000 | $300,000 | 93.33 | 113 | 113 | 2022 |
| Low | $280,000 | $300,000 | 93.33 | 113 | 113 | 2022 |
| High | $280,000 | $300,000 | 93.33 | 113 | 113 | 2022 |
| Median | $280,000 | $300,000 | 93.33 | 113 | 113 | 2022 |
| Average | $280,000 | $300,000 | 93.33 | 113 | 113 | 2022 |

## Pending

**1 LISTING**

| 7895 Stump Run Rd | List Price | / Orig. Price | = % of | DOM | CDOM | Age |
|---|---|---|---|---|---|---|
| | $255,000 | $249,900 | 102.04 | 3 | 3 | 17 |
| Low | $255,000 | $249,900 | 102.04 | 3 | 3 | 17 |
| High | $255,000 | $249,900 | 102.04 | 3 | 3 | 17 |
| Median | $255,000 | $249,900 | 102.04 | 3 | 3 | 17 |
| Average | $255,000 | $249,900 | 102.04 | 3 | 3 | 17 |

Copyright: (c) 2022 BRIGHT

Information is believed to be accurate, but should not be relied upon without verification.

Accuracy of square footage, lot size, schools, and other information is not guaranteed.

# Residential Stats - Analysis Detail Report

**Closed**  3 LISTINGS

| | Price when initially entered | | | | | Price at time of sale | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Closed Price | - Concession | = Net Price | / Orig. Price | = % Of | Closed Price | - Concession | = Net Price | / List Price | = % Of | DOM | CDOM | Age |
| 19842 Great Cove Rd | $280,000 | $0 | $280,000 | $339,000.00 | 82.60 | $280,000 | $0 | $280,000 | $339,000 | 82.60 | 22 | 22 | 39 |
| 5430 Forest Ln | $271,000 | $9,990 | $261,010 | $264,900.00 | 98.53 | $271,000 | $9,990 | $261,010 | $271,000 | 96.31 | 23 | 23 | 37 |
| 3873 West Weaver | $260,000 | $5,000 | $255,000 | $254,900.00 | 100.04 | $260,000 | $5,000 | $255,000 | $254,900 | 100.04 | 3 | 3 | 39 |
| Low | $260,000 | $0 | $255,000 | $254,900 | 82.60 | $255,000 | $0 | $255,000 | $254,900 | 82.60 | 3 | 3 | 37 |
| High | $280,000 | $9,990 | $280,000 | $339,000 | 100.04 | $280,000 | $9,990 | $280,000 | $339,000 | 100.04 | 23 | 22 | 39 |
| Median | $271,000 | $5,000 | $261,010 | $264,900 | 98.53 | $271,000 | $5,000 | $261,010 | $271,000 | 96.31 | 22 | 22 | 39 |
| Average | $270,333 | $4,997 | $265,337 | $286,267 | 93.72 | $270,333 | $4,997 | $265,337 | $288,300 | 92.98 | 16 | 16 | 38 |

**Report Totals**    Properties: 6

| | List Price: | Orig. List Price: | %of: | Closed Prices: | Concession: | Net Prices: | DOM: | CDOM: | Age: |
|---|---|---|---|---|---|---|---|---|---|
| Low | $254,900 | $249,900 | 82.60 | $260,000 | $0 | $255,000 | 3 | 3 | 17 |
| High | $339,000 | $339,000 | 100.04 | $280,000 | $9,990 | $280,000 | 173 | 173 | 2022 |
| Median | $273,000 | $272,400 | 98.53 | $271,000 | $0 | $261,010 | 23 | 23 | 39 |
| Average | $279,150 | $281,433 | 93.72 | $270,333 | $2,498 | $265,337 | 56 | 56 | 374 |

Stanley Grabowski
Realtor® ExcR
Office Ph: (717) 258-4934
Ph: (717) 258-4934

Copyright (c) 2022 BRIGHT

Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size, schools, and other information is not guaranteed.


Stanley Grabowski
Real Estate Excel
Office Ph: (717) 258-8934
Ph: (717) 258-8934

## Number of Days On Market

Friday, March 4, 2022

This graph illustrates the number of days on market for the listings in this analysis.



©2022 BrightMLS, Inc All rights reserved
Information not guaranteed

Researched and prepared by Stanley Grabowski
Real Estate Excel


Stanley Grabowski
Real Estate Excel
Office Ph. (717) 258-6934
Ph. (717) 258-6934

## List Price and Closed Price

Friday, March 4, 2022

This graph illustrates the list price, along with closed price in Closed listings.



©2022 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel


Stanley Grabowski
Real Estate Excel
Office Ph (717) 253-8934
Ph (717) 253-8934

## CMA Pro Report

These pages give a general overview of the selected properties.

### 183 Pleasant Grove Rd, Needmore, PA — ActiveUnderContract — $280,000

| | | | | |
|---|---|---|---|---|
| **MLS #ID:** | PAFU2000144 | | **Beds:** | 4 |
| **Prop Type:** | Residential | | **Baths:** | 2 / 1 |
| **Structure Type:** | Detached | | | |
| **County:** | Fulton, PA | | **AbvGrdFinSF:** | 0 / Assessor |
| **Municipality:** | | | **Lot Size:** | 2a / 66,647.00sf |
| **MLS Area:** | Belfast Twp | | **Lot Dim:** | |
| **Subdiv/Ngh:** | NONE AVAILABLE | | **Condo/HOA:** | $0 |
| **School Dist:** | Southern Fulton | | **New Constr:** | No |
| | | **Ownership:** | Fee Simple | **Year Built:** | 0 |
| **Sale Type:** Standard | | **Garage Spaces:** | 3 | **Basement:** | Yes / Connecting Stairway |
| | | **Parking:** | | **Waterfront:** | No |
| | | **Condition:** | | **Dock Type:** | |

**Remarks:** Welcome to Pleasant Grove road, a gorgeous sprawling property on the southern end of Fulton County. This home has recently been remodeled with fine craftmanship. If you have a large family or just like space this is the home for you. Just a few miles from interest 70 for an easy commute. We have 4+ bedrooms, a kitchen made for the chef in the family. A oversized garge with a awesome office, in law suite or teenage hangout abovw garage with a half bath, large living area and additional bedroom. A deck to die for perfect for entertaining and a firepit in the back yard for the cool fall evenings. This gem with not last long call to schedule your private showing today.

### 7999 Great Cove Rd, Needmore, PA — Active — $275,000

| | | | |
|---|---|---|---|
| **MLS #ID:** | PAFU2000138 | **Beds:** | 4 |
| **Prop Type:** | Residential | **Baths:** | 2 / 1 |
| **Structure Type:** | Detached | | |
| **County:** | Fulton, PA | **AbvGrdFinSF:** | 2,392 / Estimated |
| **Municipality:** | | **Lot Size:** | 1a / 43,560.00sf |
| **MLS Area:** | Belfast Twp | **Lot Dim:** | |
| **Subdiv/Ngh:** | NONE AVAILABLE | **Condo/HOA:** | $0 |
| **School Dist:** | Southern Fulton | **New Constr:** | No |
| **Ownership:** | Fee Simple | **Year Built:** | 1931 |
| **Garage Spaces:** | 0 | **Basement:** | Yes / Side Entrance |
| **Parking:** | Paved Driveway | **Waterfront:** | No |
| **Condition:** | | **Dock Type:** | |

Sale Type: Standard

**Remarks:** NEW PRICE. This home is a remodeled general store in downtown Needmore, over 3000sq ft of living space,4 bedrooms 2.5 baths, large kitchen with hickory cabinets and stainless-steel appliances, master bedroom is on first floor, laundry room on first floor, central heat and air with wood furnace as backup, also has a barn in the back, 1 acre lot.10 minutes from rt 70 and the MD state line. NEW HEAT PUMP

©2022 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel


# CMA Pro Report

Friday, March 4, 2022

These pages give a general overview of the selected properties.

## 7895 Stump Run Rd, Fayetteville, PA — Pending — $255,000

| | | | |
|---|---|---|---|
| **MLS #ID:** | PAFL2004636 | **Beds:** | 3 |
| **Prop Type:** | Residential | **Baths:** | 3 |
| **Structure Type:** | Detached | | |
| **County:** | Franklin, PA | **AbvGrdFinSF:** | 0 / Estimated |
| **Municipality:** | | **Lot Size:** | 2a / 78,408.00sf |
| **MLS Area:** | Greene Twp | **Lot Dim:** | |
| **Subdiv/Ngh:** | FRANKLIN COUNTY | **Condo/HOA:** | $0 |
| **School Dist:** | Chambersburg Area | **New Constr:** | No |
| **Ownership:** | Fee Simple | **Year Built:** | 2005 |
| **Garage Spaces:** | 3 | **Basement:** | No |
| **Parking:** | | **Waterfront:** | No |
| **Condition:** | | **Dock Type:** | |

**Sale Type:** Standard

**Remarks:** Beautiful brick colonial on large private wooded lot. Inviting foyer with hardwood flooring. Eat-in kitchen with tile backsplash and large pantry. Formal dining and living room accompany a full bath on main floor. French doors lead to backyard. Home offers 3 bedrooms on second floor. Master suite with custom designed closet/dressing room. Master bathroom features double sink, soaking bathtub and separate standing shower. 36'x30' three car garage, double-entrance asphalt driveway. Stone walkway leads to two-tier grilling/patio area with fire pit. Nature trails lead to standing deck that overlooks property.

## 19842 Great Cove Rd, Mc Connellsburg, PA — Closed — $339,000

| | | | | | |
|---|---|---|---|---|---|
| **MLS #ID:** | PAFU2000058 | **Beds:** | 5 | **Cls Price:** | $280,000 |
| **Prop Type:** | Residential | **Baths:** | 2 / 1 | **Cls Date:** | 9/30/2021 |
| **Structure Type:** | Detached | | | **Concessions:** | $0 |
| **County:** | Fulton, PA | **AbvGrdFinSF:** | 2,448 / Estimated | | |
| **Municipality:** | | **Lot Size:** | 1a / 61,420.00sf | | |
| **MLS Area:** | Ayr Twp | **Lot Dim:** | | | |
| **Subdiv/Ngh:** | AYR TOWNSHIP | **Condo/HOA:** | $0 | | |
| **School Dist:** | Central Fulton | **New Constr:** | No | | |
| **Ownership:** | Fee Simple | **Year Built:** | 1983 | | |
| **Garage Spaces:** | 0 | **Basement:** | Yes / Full | | |
| **Parking:** | | **Waterfront:** | No | | |
| **Condition:** | | **Dock Type:** | | | |

**Sale Type:** Standard

**Remarks:** Lovely country home with mountain views, owners are downsizing. MOVE IN READY! 5brm, 3 bath. Very nice garden area, and large yard. Only 1 mile to all conveniences. Owners request No Sunday Showings. Show only to PRE-QUALIFIED BUYERS! Please allow 24 hour notice to show this lovely home.

©2022 Bright MLS, Inc. All rights reserved
Information not guaranteed

Researched and prepared by Stanley Grabowski
Real Estate Excel



# CMA Pro Report

Friday, March 4, 2022

These pages give a general overview of the selected properties.

## 5430 Forest Ln, Fort Loudon, PA — Closed — $271,000

| | | | |
|---|---|---|---|
| MLS #ID: | PAFL2000222 | Beds: 5 | Cls Price: $271,000 |
| Prop Type: | Residential | Baths: 2 / 1 | Cls Date: 9/17/2021 |
| Structure Type: | Detached | | Concessions: $9,990 |
| County: | Franklin, PA | AbvGrdFinSF: | 2,066 / Estimated |
| Municipality: | | Lot Size: | 1a / 45,738.00sf |
| MLS Area: | 14515 | Lot Dim: | |
| Subdiv/Ngh: | NONE AVAILABLE | Condo/HOA: | $0 |
| School Dist: | Fannett-Metal | New Constr: | No |
| Ownership: | Fee Simple | Year Built: | 1985 |
| Garage Spaces: | 2 | Basement: | Yes / Garage Access, Heated, Ir |
| Parking: | | Waterfront: | No |
| Condition: | Very Good | Dock Type: | |

Sale Type: Standard

**Remarks:** Welcome to 5430 Forest Lane. This lovely secluded home offers five bedrooms and two an a half baths. It is situated on just a little over an acre that is partially wooded. Enjoy the oversized wrap around deck on the warm summer nights or the back patio which includes a stock tank pool. This home has all of your country setting feeling and within 25 minutes of Chambersburg. Do you enjoy State Parks? Lucky for you Cowans Gap is only a mile and a half away. This park offers camping, boating, fishing, hiking, picnic areas, and much more. Come view this beautiful one of a kind home with an even better private location before its gone! This home offers some of the lowest taxes in Franklin County All inspections are completed and reports are available Garage is heated and cooled as well as bedroom off of garage. Stock pool comes with the purchase of the house. 25 mins from Chambersburg 15 mins from Greencastle 35 mins from Hagerstown

## 3873 West Weaver, Greencastle, PA — Closed — $254,900

| | | | |
|---|---|---|---|
| MLS #ID: | PAFL2002286 | Beds: 3 | Cls Price: $260,000 |
| Prop Type: | Residential | Baths: 2 / 1 | Cls Date: 10/27/2021 |
| Structure Type: | Detached | | Concessions: $5,000 |
| County: | Franklin, PA | AbvGrdFinSF: | 1,867 / Estimated |
| Municipality: | | Lot Size: | 1a / 45,738.00sf |
| MLS Area: | Antrim Twp | Lot Dim: | |
| Subdiv/Ngh: | NONE AVAILABLE | Condo/HOA: | $0 |
| School Dist: | Greencastle-Antrim | New Constr: | No |
| Ownership: | Fee Simple | Year Built: | 1983 |
| Garage Spaces: | 0 | Basement: | Yes / Unfinished |
| Parking: | | Waterfront: | No |
| Condition: | Excellent | Dock Type: | |

Sale Type: Standard

**Remarks:** Beautiful FULLY RENOVATED move in ready home! This charming home offers amazing privacy and all the amenities you could ask for. Sitting on over 1 acre of private ground and great access to 81. This wonderful 3 Bed 2.5 Bath home checks ALL of the boxes. Featuring beautiful cabinets with soft close and all wood construction, upgraded quartz countertops and BRAND NEW stainless steel appliances! A first floor master with a MASSIVE on suite and an even BIGGER walk in closet will put the new owners at ease knowing that they have all the space they need! Upstairs you will find 2 more bedrooms with a Jack and Jill style full bathroom to give your guests or kids their own private area. This home also features a 1/2 bath on the main floor along with a laundry room for easy access. You wont want to miss out on this wonderful home!

©2022 Bright MLS Inc All rights reserved. Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel


# CMA Pro Report

Friday, March 4, 2022

These pages give a general overview of the selected properties.

## Active Properties

| | |
|---|---|
| Total # of Listings | 1 |
| Lowest Price | **$275,000** |
| Highest Price | **$275,000** |
| Average Price | **$275,000** |
| Avg. Price/SqFt | **$114.97** |
| Avg DOM | **173** |



7999 Great Cove Rd

## Active Under Contract Properties

| | |
|---|---|
| Total # of Listings | 1 |
| Lowest Price | **$280,000** |
| Highest Price | **$280,000** |
| Average Price | **$280,000** |
| Avg. Price/SqFt | **$0.00** |
| Avg DOM | **113** |



183 Pleasant Grove Rd

©2022 Bright MLS, Inc. All rights reserved
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel



# CMA Pro Report

Friday, March 4, 2022

These pages give a general overview of the selected properties.

## Closed Properties

| | |
|---|---|
| Total # of Listings | 3 |
| Lowest Price | $260,000 |
| Highest Price | $280,000 |
| Average Price | $270,333 |
| Avg. Price/SqFt | $128.27 |
| Avg DOM | 16 |

19842 Great Cove Rd

3873 West Weaver

5430 Forest Ln

0K  50K  100K  150K  200K  250K  300K

## Pending Properties

| | |
|---|---|
| Total # of Listings | 1 |
| Lowest Price | $255,000 |
| Highest Price | $255,000 |
| Average Price | $255,000 |
| Avg. Price/SqFt | $0.00 |
| Avg DOM | 3 |



7895 Stump Run Rd

0K  50K  100K  150K  200K  250K  300K

©2022 Bright MLS Inc. All rights reserved
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel



Stanley Grabowski
Real Estate Excel
Office Ph (717) 258-8934
Ph: (717) 258-8934

# CMA Pro Report

Friday, March 4, 2022

These pages give a general overview of the selected properties.

## Summary Graph/Analysis



| Avg Price | Min Price | Max Price |

## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per SF |
|---|---|---|---|---|
| Active | $275,000 | $275,000 | $275,000 | $114.97 |
| Active Under Contract | $280,000 | $280,000 | $280,000 | $0.00 |
| Closed | $260,000 | $280,000 | $270,333 | $128.27 |
| Pending | $255,000 | $255,000 | $255,000 | $0.00 |
| **Totals / Averages** | **$255,000** | **$280,000** | **$270,167** | **$83.30** |

## Closed Property Analysis

| Address | List Price | Closed Price | Conc | DOM | %CP/LP | CP/Sqft |
|---|---|---|---|---|---|---|
| 19842 Great Cove Rd | $339,000 | $280,000 | $0 | 22 | 82.60% | $114.38 |
| 5430 Forest Ln | $271,000 | $271,000 | $9,990 | 23 | 100.00% | $131.17 |
| 3873 West Weaver | $254,900 | $260,000 | $5,000 | 3 | 102.00% | $139.26 |
| **Total Averages** | **$288,300** | **$270,333** | **$4,997** | **16.00** | **94.87%** | **$128.27** |

©2022 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel



Stanley Grabowski
Real Estate Excel
Office Ph: (717) 258-8934
Ph: (717) 258-8934

# CMA Pro Report

Friday, March 4, 2022

These pages give a general overview of the selected properties.

## Property Summary

| S | Street Address | Bds | Bth | Sqft | List Price | Closed Price | Conc | Closed Date | DOM |
|---|---|---|---|---|---|---|---|---|---|
| A/C | 183 Pleasant Grove Rd | 4 | 2 / 1 | 0 | $280,000 | | | | 113 |
| ACT | 7999 Great Cove Rd | 4 | 2 / 1 | 2,392 | $275,000 | | | | 173 |
| PND | 7895 Stump Run Rd | 3 | 3 | 0 | $255,000 | | | | 3 |
| CLS | 19842 Great Cove Rd | 5 | 2 / 1 | 2,448 | $339,000 | $280,000 | $0 | 09/30/2021 | 22 |
| CLS | 5430 Forest Ln | 5 | 2 / 1 | 2,066 | $271,000 | $271,000 | $9,990 | 09/17/2021 | 23 |
| CLS | 3873 West Weaver | 3 | 2 / 1 | 1,867 | $254,900 | $260,000 | $5,000 | 10/27/2021 | 3 |

©2022 Bright MLS Inc. All rights reserved
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel

©2022 Bright MLS, Inc. All rights reserved. Information not guaranteed. Researched and prepared by Stanley Grabowski [Real Estate Excel]

Friday, March 4, 2022

# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

## Status: Active

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | List Dt |
|------|---------|-----|-----|----------|-------|-----|-----------|--------|------|---------|
| PAFL2000138 | 7999 Great Cove Rd | 4 | 2/1 | 2,392 | 1.00 | 173 | $275,000 | | | 09/13/2021 |
| Averages: | | 4 | 2/1 | 2,392 | 1.00 | 173 | $275,000 | | | |

## Status: Active Under Contract

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | List Dt |
|------|---------|-----|-----|----------|-------|-----|-----------|--------|------|---------|
| PAFL2000144 | 183 Pleasant Grove Rd | 4 | 2/1 | 0 | 1.53 | 113 | $280,000 | | | 10/01/2021 |
| Averages: | | 4 | 2/1 | 0 | 1.53 | 113 | $280,000 | | | |

## Status: Closed

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | Closed Dt |
|------|---------|-----|-----|----------|-------|-----|-----------|--------|------|-----------|
| PAFU2000058 | 19842 Great Cove Rd | 5 | 2/1 | 2,448 | 1.41 | 22 | $339,000 | $280,000 | | 09/30/2021 |
| PAFL2002286 | 3873 West Weaver | 5 | 2/1 | 2,066 | 1.05 | 23 | $271,000 | $271,000 | $9,990 | 06/17/2021 |
| PAFL2000222 | 5430 Forest Ln | 3 | 2/1 | 1,867 | 1.05 | 3 | $254,900 | $260,000 | $5,000 | 10/27/2021 |
| Averages: $270,333 | | 4 | 2/1 | 2,127 | 1.17 | 16 | $288,300 | $270,333 | $7,495 | |

## Status: Pending

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | Pend Dt |
|------|---------|-----|-----|----------|-------|-----|-----------|--------|------|---------|
| PAFL2004636 | 7895 Stump Run Rd | 3 | 2/1 | 3 | 1.80 | 3 | $255,000 | | | 01/24/2022 |
| Averages: | | 3 | 2/1 | 0 | 1.80 | 3 | $255,000 | | | |

## Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Low | Median | High | Avg CDOM |
|--------|-------|-----------|----------------|-----|--------|------|----------|
| Active | 1 | $275,000 | $114.97 | $275,000 | $275,000 | $275,000 | 173 |
| Active Under | | $280,000 | | $280,000 | $280,000 | $280,000 | 113 |
| Closed | 3 | $270,333 | $128.27 | $271,000 | $280,000 | $280,000 | 16 |
| Pending | 1 | $255,000 | | $255,000 | $255,000 | $255,000 | 3 |
| Total | 6 | $270,167 | $124.95 | $273,000 | $255,000 | $280,000 | 96 |



Stanley Grabowski
Real Estate Excel
Office Fax (717) 258-6934
Ph (717) 258-6934



# Comparables Overview

This page summarizes key fields of the listings in this analysis.

### The listings in this analysis can be summarized as follows:

Listing Price between $254,900 and $339,000

3 to 5 Bedrooms

2 to 3 Full Bathrooms

1 Half Bathroom

0 to 2,448 Square Feet

$0.00 to $138.48 per Square Foot

$0.00 to $139.26 per Sold Square Foot

©2022 Bright MLS, Inc. All rights reserved
Information not guaranteed.

Researched and prepared by Stanley Grabowski

Real Estate Excel


## Pricing Recommendation

Friday, March 4, 2022

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $270,200 | Average Price/Sq Ft: | $83 |
| High Price: | $280,000 | High Price/Sq Ft: | $139 |
| Median Price: | $273,000 | Median Price/Sq Ft: | $115 |
| Low Price: | $255,000 | Low Price/Sq Ft: | $0 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for .

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

©2022 Bright MLS Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski

Real Estate Excel

Stanley Grabowski
Real Estate Excel
Office Ph. (717) 258-8934
Ph: (717) 258-8934



# CMA 4-Up Public Records Report

Friday, March 4, 2022

This page outlines the subject property versus comparables properties.



| | | | | |
|---|---|---|---|---|
| | No Picture Available | | | |
| **Address** | 586 Fort Loudon Rd Fort Loudon, Pa | 183 Pleasant Grove Rd | 7999 Great Cove Rd | 7895 Stump Run Rd |
| County | Franklin | Fulton, PA | | Franklin, PA |
| Municipality | Fort Loudon | Belfast Twp | | Greene Twp |
| Neighborhood | | | | |
| Status | | Active Under Contract | Active | Pending |
| Closed Date | | | | |
| List Price | $0 | $280,000 | $275,000 | $255,000 |
| Closed Price | | | | |
| Concessions | | | | |
| Financing | | | | |
| Property Class | | Residential | | Residential |
| Structure Type | | | | |
| Ownership | | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | | | |
| Style | | | | |
| Levels/Stories | | 0.00 | 0.00 | 0.00 |
| Year Built | | | | 2005 |
| Condition | | | | |
| Annual Tax | $0 | $1,807 | $0 | $3,965 |
| Tax Total Asmt | $0 | $44,590 | $0 | $26,550 |
| Lot Acres/SqFt | 3a / sf | 2a / 66,647.00sf | 0a / 0.00sf | 1a / 28,749.00sf |
| Lot Dimension | | | | |
| Waterfront | | No | No | No |
| Abv Grd Fin SF | 2,300 | 0 | 2,392 | 0 |
| Total Bldg SF | 2300 | 0 | 0 | 0 |
| Total Units | | 0 | 0 | 0 |
| Bedrooms | 3 | 0 | 0 | 0 |
| Baths | 4 / | 2 / 1 | 2 / 1 | 3 |
| Garage Spaces | 2 | 0 | 0 | |
| Parking Feat | | | | |
| Basement | | | | |
| Cooling | | | | |
| Heat | | | | |
| Pool | | False | False | False |
| DOM | | 113 | 173 | 3 |
| MLS# | | PAFU2000144 | PAFU2000138 | PAFL2004636 |

©2022 Bright MLS, Inc. All rights reserved. Information not guaranteed.
Researched and prepared by Stanley Grabowski
Real Estate Excel


Stanley Grabowski
Real Estate Excel
Office Ph: (717) 258-8934
Ph: (717) 258-8934

# CMA 4-Up Public Records Report

Friday, March 4, 2022

This page outlines the subject property versus comparables properties.


No Picture Available







| | 586 Fort Loudon Rd Fort Loudon, Pa | 3873 West Weaver | 5430 Forest Ln | 19842 Great Cove Rd |
|---|---|---|---|---|
| Address | 586 Fort Loudon Rd Fort Loudon, Pa | 3873 West Weaver | 5430 Forest Ln | 19842 Great Cove Rd |
| County | Franklin | | | |
| Municipality | Fort Loudon | | | Fulton, PA Ayr Twp |
| Neighborhood | | | | |
| Status | | Closed | Closed | Closed |
| Closed Date | | | | |
| List Price | $0 | $254,900 | $271,000 | $339,000 |
| Closed Price | | $0 | $0 | $0 |
| Concessions | | Yes, $5,000 | Yes, $9,990 | No, $0 |
| Financing | | Conventional | FHA | Conventional |
| Property Class | | | | Residential |
| Structure Type | | | | |
| Ownership | | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | | | |
| Style | | | | |
| Levels/Stories | | 0.00 | 0.00 | 0.00 |
| Year Built | | | | |
| Condition | | Excellent | Very Good | |
| Annual Tax | $0 | $0 | $0 | $3,322 |
| Tax Total Asmt | $0 | $0 | $0 | $75,360 |
| Lot Acres/SqFt | 3a / sf | 0a / 0.00sf | 0a / 0.00sf | 1a / 61,420.00sf |
| Lot Dimension | | | | |
| Waterfront | | No | No | No |
| Abv Grd Fin SF | 2,300 | 1,867 | 2,066 | 2,448 |
| Total Bldg SF | 2300 | 0 | 0 | 0 |
| Total Units | | | | |
| Bedrooms | 3 | 0 | 0 | 0 |
| Baths | 4 / | 2 / 1 | 2 / 1 | 2 / 1 |
| Garage Spaces | 2 | 0 | 0 | 0 |
| Parking Feat | | | | |
| Basement | | | | |
| Cooling | | | | |
| Heat | | | | |
| Pool | | False | False | False |
| DOM | | 3 | 23 | 22 |
| MLS# | | PAFL2002286 | PAFL2000222 | PAFU2000058 |

©2022 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel


Stanley Grabowski
Real Estate Excel
Office Ph: (717) 258-8934
Ph: (717) 258-8934

# CMA 4-Up Listings Report

Friday, March 4, 2022

This page outlines the subject property versus comparables properties.

   

| | | | | |
|---|---|---|---|---|
| Address | 586 Fort Loudon Rd Fort Loudon, Pa | 183 Pleasant Grove Rd | 7999 Great Cove Rd | 7895 Stump Run Rd |
| County | Franklin | Fulton, PA | Fulton, PA | Franklin, PA |
| Municipality | Fort Loudon | Belfast Twp - Fulton County | Belfast Twp - Fulton County | Greene Twp -Franklin Count |
| Neighborhood | | NONE AVAILABLE | NONE AVAILABLE | FRANKLIN COUNTY |
| Status | | Active Under Contract | Active | Pending |
| Closed Date | | | | |
| List Price | $0 | $280,000 | $275,000 | $255,000 |
| Closed Price | | | | |
| Concessions | | | | |
| Financing | | | | |
| Property Class | | Residential | Residential | Residential |
| Structure Type | | Detached | Detached | Detached |
| Ownership | | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | Standard | Standard | Standard |
| Style | | Colonial | Farmhouse/National Folk | Colonial |
| Levels/Stories | | 2 | 2 | 2 |
| Year Built | | | 1931 | 2005 |
| Condition | | | | |
| Annual Tax | $0 | $1,807 | $1,998 | $3,965 |
| Tax Total Asmt | $0 | $44,590 | $50,600 | $26,550 |
| Lot Acres/SqFt | 3a / sf | 2a / 66,647.00sf | 1a / 43,560.00sf | 2a / 78,408.00sf |
| Lot Dimension | | | | |
| Waterfront | | No | No | No |
| Abv Grd Fin SF | 2300 | 0 | 2,392 | 0 |
| Blw Grd Fin SF | | 0 | 0 | 0 |
| Total Bldg SF | 2300 | 0 | 2,392 | 0 |
| Total Units | | 0 | 0 | 0 |
| Bedrooms | 3 | 4 | 4 | 3 |
| Baths | 4 / | 2 / 1 | 2 / 1 | 3 |
| Garage Spaces | 2 | 3 | 0 | 3 |
| Parking Feat | | | Paved Driveway | |
| Basement | | Connecting Stairway | Side Entrance | |
| Cooling | | Window Unit(s) | Central A/C | Central A/C |
| Heat | | Baseboard - Electric, Wood E | Forced Air | Heat Pump-Electric BackUp |
| Pool | | No Pool | No Pool | No Pool |
| DOM | | 113 | 173 | 3 |
| MLS# | | PAFU2000144 | PAFU2000138 | PAFL2004636 |

©2022 Bright MLS Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel


Stanley Grabowski
Real Estate Excel
Office Ph (717) 258-8934
Ph. (717) 258-8934

# CMA 4-Up Listings Report

This page outlines the subject property versus comparables properties.

Friday, March 4, 2022


No Picture Available







| | | | | |
|---|---|---|---|---|
| Address | 586 Fort Loudon Rd Fort Loudon, Pa | 19842 Great Cove Rd | 5430 Forest Ln | 3873 West Weaver |
| County | Franklin | Fulton, PA | Franklin, PA | Franklin, PA |
| Municipality | Fort Loudon | Ayr Twp - Fulton County (14( | Metal Twp (14515) | Antrim Twp - Franklin County |
| Neighborhood | | AYR TOWNSHIP | NONE AVAILABLE | NONE AVAILABLE |
| Status | | Closed | Closed | Closed |
| Closed Date | | 09/30/2021 | 09/17/2021 | 10/27/2021 |
| List Price | $0 | $339,000 | $271,000 | $254,900 |
| Closed Price | | $280,000 | $271,000 | $260,000 |
| Concessions | | No, $0 | Yes, $9,990 | Yes, $5,000 |
| Financing | | Conventional | FHA | Conventional |
| Property Class | | Residential | Residential | Residential |
| Structure Type | | Detached | Detached | Detached |
| Ownership | | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | Standard | Standard | Standard |
| Style | | Raised Ranch/Rambler | Contemporary | Traditional |
| Levels/Stories | | 2 | 2.5 | 2 |
| Year Built | | 1983 | 1985 | 1983 |
| Condition | | | Very Good | Excellent |
| Annual Tax | $0 | $3,322 | $2,099 | $2,991 |
| Tax Total Asmt | $0 | $75,360 | $18,350 | $19,940 |
| Lot Acres/SqFt | 3a / sf | 1a / 61,420.00sf | 1a / 45,738.00sf | 1a / 45,738.00sf |
| Lot Dimension | | | | |
| Waterfront | | No | No | No |
| Abv Grd Fin SF | 2300 | 2,448 | 2,066 | 1,867 |
| Blw Grd Fin SF | | 0 | 0 | 0 |
| Total Bldg SF | 2300 | 2,448 | 2,066 | 2,317 |
| Total Units | | 0 | 0 | 0 |
| Bedrooms | 3 | 5 | 5 | 3 |
| Baths | 4 / | 2 / 1 | 2 / 1 | 2 / 1 |
| Garage Spaces | 2 | 0 | 2 | 0 |
| Parking Feat | | | | |
| Basement | | Full | Garage Access, Heated, Inte | Unfinished |
| Cooling | | Window Unit(s) | Central A/C | Central A/C, Window Unit(s) |
| Heat | | Baseboard - Electric | Forced Air, Heat Pump(s), W | Baseboard - Electric, Forced |
| Pool | | No Pool | No Pool | No Pool |
| DOM | | 22 | 23 | 3 |
| MLS# | | PAFU2000058 | PAFL2000222 | PAFL2002286 |

©2022 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel


Stanley Grabowski
Real Estate Excel
Office Ph: (717) 258-8934
Ph: (717) 258-8934

# CMA Map

Friday, March 4, 2022

This page displays the Map for the CMA Subject and your comparables.



586 Fort Loudon Rd  Fort
Loudon, Pa 17224
1   183 Pleasant Grove Rd
2   7999 Great Cove Rd
3   7895 Stump Run Rd
4   19842 Great Cove Rd
5   5430 Forest Ln
6   3873 West Weaver

©2022 Bright MLS Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Stanley Grabowski
Real Estate Excel

| | |
|---|---|
| **Fill in this information to identify your case:** | |

| | | | |
|---|---|---|---|
| Debtor 1 | **Stubert Martin Turpie, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Marjorie Lee Turpie** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | **1:22-bk-01453-HWV** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Capital One** | Last 4 digits of account number    0771 | $2,474.00 |
| | Nonpriority Creditor's Name | | |
| | **P O Box 85167** | When was the debt incurred?    **Opened 7/01/16  Last used 2017** | |
| | **Richmond, VA 23285-5167** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify    **Misc. credit card purchases.  Card last used** | |

Case 1:22-bk-01453-HWV    Doc 19    Filed 10/03/22    Entered 10/03/22 16:44:58    Desc
Main Document    Page 30 of 36

Debtor 1 **Stubert Martin Turpie, Jr.**

Debtor 2 **Marjorie Lee Turpie**

Case number (if known) **1:22-bk-01453-HWV**

---

| 4.2 | **Cashnet Financial** | Last 4 digits of account number | **2470** | $1,800.00 |

Nonpriority Creditor's Name

**C/O Accelerated Financial Solution**
**39 Monette Pkwy**
**Smithfield, VA 23430**

When was the debt incurred? **??**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **loan**

---

| 4.3 | **Department of Labor & Industry** | Last 4 digits of account number | **?** | $18,000.00 |

Nonpriority Creditor's Name

**Unemployment Compensation**
**Benefit**
**56 East Grant St**
**Lancaster, PA 17602**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Unemployment Benifits Overpayment.**

---

| 4.4 | **Discover** | Last 4 digits of account number | **7886** | $2,617.00 |

Nonpriority Creditor's Name

**P O Box 15316**
**Wilmington, DE 19850**

When was the debt incurred? **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Misc. credit card purchases. Card last used**

---

Debtor 1   **Stubert Martin Turpie, Jr.**
Debtor 2   **Marjorie Lee Turpie**                    Case number *(if known)*   **1:22-bk-01453-HWV**

---

| 4.5 | **Fingerhut Direct** | Last 4 digits of account number | **7852** | $479.00 |

Nonpriority Creditor's Name
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**          When was the debt incurred?     **2017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify   **Misc. credit card purchases.  Card last used**

---

| 4.6 | **FNB Omaha** | Last 4 digits of account number | **8431** | $1,373.00 |

Nonpriority Creditor's Name
**1620 Dodge St**
**Omaha, NE 68197**               When was the debt incurred?     **2017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify   **Misc. credit card purchases.  Card last used**

---

| 4.7 | **Indigo Mastercard** | Last 4 digits of account number | **7415** | $345.00 |

Nonpriority Creditor's Name
**PO Box 4499**
**Beaverton, OR 97076**           When was the debt incurred?     **2017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify   **Misc. credit card purchases.  Card last used**

---

Debtor 1  **Stubert Martin Turpie, Jr.**
Debtor 2  **Marjorie Lee Turpie**                       Case number (if known)  **1:22-bk-01453-HWV**

| 4.8 | **Logix Federal Credit Union** | Last 4 digits of account number | **0002** | $1,937.00 |

Nonpriority Creditor's Name
**2340 Hollywood Way**                    When was the debt incurred?  **2017**
**Burbank, CA 91505**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Loan**

| 4.9 | **Mecury Card FB & T** | Last 4 digits of account number | **??** | $3,872.00 |

Nonpriority Creditor's Name
**??**                                   When was the debt incurred?
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Misc. credit card purchases.  Card last used**

| 4.10 | **Mission Lane LLC** | Last 4 digits of account number | **9581** | $1,432.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**                     When was the debt incurred?  **Opened  6/09/21  Last Active 9/05/22**
**P.O. Box 105286**
**Atlanta, GA 30348**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Credit Card**

Debtor 1  **Stubert Martin Turpie, Jr.**
Debtor 2  **Marjorie Lee Turpie**                                Case number (if known)  **1:22-bk-01453-HWV**

| 4.1 | | | |
|---|---|---|---|
| 1 | **West Penn Power** | Last 4 digits of account number  **6081** | **$1,800.00** |

Nonpriority Creditor's Name

**P O Box 16001**
**Reading, PA 19612**                               **When was the debt incurred?**  **??**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                        ☐ Disputed

☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify  **Electric bill**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                          On which entry in Part 1 or Part 2 did you list the original creditor?
**Genesis Credit Bankcard Svcs**          Line **4.7** of (Check one):
**P O Box 4477**                          ☐ Part 1: Creditors with Priority Unsecured Claims
**Beaverton, OR 97076**                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                          Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total** the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 36,129.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 36,129.00 |

---

**Fill in this information to identify your case:**

Debtor 1 __Stubert Martin Turpie, Jr.__

Debtor 2 __Marjorie Lee Turpie__
(Spouse, if filing)

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF PENNSYLVANIA__

Case number __1:22-bk-01453-HWV__
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　　■ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**　■ No

   Do not list Debtor 1 and Debtor 2.　☐ Yes.　Fill out this information for each dependent...............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**　■ No　☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,678.62 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 150.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

6.  **Utilities:**
    6a.  Electricity, heat, natural gas                                                    6a.   $                    500.00
    6b.  Water, sewer, garbage collection                                                  6b.   $                      0.00
    6c.  Telephone, cell phone, Internet, satellite, and cable services                    6c.   $                    350.00
    6d.  Other. Specify:                                                                    6d.   $                      0.00
7.  **Food and housekeeping supplies**                                                     7.    $                    750.00
8.  **Childcare and children's education costs**                                           8.    $                      0.00
9.  **Clothing, laundry, and dry cleaning**                                                9.    $                    177.00
10. **Personal care products and services**                                               10.   $                     78.00
11. **Medical and dental expenses**                                                       11.   $                    225.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                          12.   $                    550.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**                13.   $                    100.00
14. **Charitable contributions and religious donations**                                  14.   $                      0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                                                   15a.  $                      0.00
    15b.  Health insurance                                                                 15b.  $                      0.00
    15c.  Vehicle insurance                                                                15c.  $                    135.00
    15d.  Other insurance. Specify:                                                        15d.  $                      0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                                               16.   $                      0.00
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                                                       17a.  $                      0.00
    17b.  Car payments for Vehicle 2                                                       17b.  $                      0.00
    17c.  Other. Specify:                                                                  17c.  $                      0.00
    17d.  Other. Specify:                                                                  17d.  $                      0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18.   $                      0.00
19. **Other payments you make to support others who do not live with you.**                     $                      0.00
    Specify:                                                                               19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.  Mortgages on other property                                                      20a.  $                      0.00
    20b.  Real estate taxes                                                                20b.  $                      0.00
    20c.  Property, homeowner's, or renter's insurance                                     20c.  $                      0.00
    20d.  Maintenance, repair, and upkeep expenses                                         20d.  $                      0.00
    20e.  Homeowner's association or condominium dues                                      20e.  $                      0.00
21. **Other:** Specify:    **Pet Expenses**                                                21.  +$                    150.00

22. **Calculate your monthly expenses**
    22a.  Add lines 4 through 21.                                                                 $                  4,843.62
    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2         $
    22c.  Add line 22a and 22b.  The result is your monthly expenses.                             $                  4,843.62

23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.                   23a.  $                  5,274.16
    23b.  Copy your monthly expenses from line 22c above.                                  23b. -$                  4,843.62

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                                         23c.  $                    430.54

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.    Explain here: