IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | Case No. 1:22-bk-01453-HWV |
| **Stubert Martin Turpie, Jr.** | : | |
| **Marjorie Lee Turpie** | : | Chapter 7 |
| | : | |
| Debtor(s) | : | |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **August 6, 2021**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **September 30, 2022**        Signature **/s/ Stubert Martin Turpie, Jr.**
                                              **Stubert Martin Turpie, Jr.**
                                              Debtor

Date **September 30, 2022**        Signature **/s/ Marjorie Lee Turpie**
                                              **Marjorie Lee Turpie**
                                              Joint Debtor

Attorney   **/s/ Michael J. Csonka**
           **Michael J. Csonka 91232**

**Csonka Law**
**166 South Main Street**
**Chambersburg, PA 17201**
**717-977-3171**
**Fax: 717491-1639**
**office@csonkalaw.com**