**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: **Stubert Martin Turpie Jr.**                    **BK NO. 22-01453 HWV**
**Marjorie Lee Turpie**
                                Debtor(s)                    **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

      Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
04 Nov 2022, 09:06:18, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322