United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stubert Martin Turpie, Jr.  
Marjorie Lee Turpie  
    Debtors

Case No. 22-01453-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Dec 02, 2022      Form ID: ntcnfhrg      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stubert Martin Turpie, Jr., Marjorie Lee Turpie, 586 Fort Loudon Road, Mercersburg, PA 17236-8617 |
| 5488611 | | Department of Labor & Industry, Unemployment Compensation Benefit, 56 East Grant St, Lancaster, PA 17602 |
| 5488615 | + | HUD/ISN Corperation W. Opp Center, Att: Secretary Held Loan Servcing, 2000 N Classen Blvd Suite #3200, Oklahoma City, OK 73106-6034 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5488609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2022 18:51:00 | Capital One, P O Box 85167, Richmond, VA 23285-5167 |
| 5505085 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2022 18:51:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5488610 | + | Email/Text: julie@gotoafs.com | Dec 02 2022 18:48:00 | Cashnet Financial, C/O Accelerated Financial Solution, 39 Monette Pkwy, Smithfield, VA 23430-2577 |
| 5488612 | | Email/Text: mrdiscen@discover.com | Dec 02 2022 18:48:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5488614 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 02 2022 18:48:00 | FNB Omaha, 1620 Dodge St, Omaha, NE 68197 |
| 5488613 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 02 2022 18:48:00 | Fingerhut Direct, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5488616 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 02 2022 18:48:00 | Indigo Mastercard, PO Box 4499, Beaverton, OR 97076-4499 |
| 5488617 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Dec 02 2022 18:48:00 | Logix Federal Credit Union, 2340 Hollywood Way, Burbank, CA 91505-1124 |
| 5499457 | | Email/Text: ml-ebn@missionlane.com | Dec 02 2022 18:48:00 | Mission Lane LLC., Attn Bankruptcy, P.O. Box 105286, Atlanta Georgia, 30348 |
| 5488619 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 02 2022 18:51:08 | Midland Mortgage/Midfirst, P O Box 268959, Oklahoma City, OK 73126-8959 |
| 5488620 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 02 2022 18:48:00 | West Penn Power, P O Box 16001, Reading, PA 19612-6001 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5488618 | | Mecury Card FB & T |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Stubert Martin Turpie Jr. office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Marjorie Lee Turpie office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stubert Martin Turpie Jr., **Debtor 1** | Chapter 13 |
| Marjorie Lee Turpie, **Debtor 2** | Case No. 1:22−bk−01453−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 28, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 4, 2023 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 2, 2022 |

ntcnfhrg (08/21)