UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: STUBERT MARTIN TURPIE, JR. and MARJORIE LEE TURPIE<br>　Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| STUBERT LMARTIN TURPIE, JR. and MARJORIE LEE TURPIE<br>　Respondents | : | CASE NO. 1-22-bk-01453 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 1ˢᵗ day of December, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtors' plan for the following reason(s):

1. The Trustee provides notice to the Court as to the ineffectiveness of debtors' Chapter 13 Plan for the following reasons:

   a. Clarification of debtors' counsel fees which are in conflict with 2016(b) Statement.

WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

# CERTIFICATE OF SERVICE

    AND NOW, this 8th day of December, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Csonka, Esquire
166 South Main Street
Kerrstown Square
Chambersburg, PA 17201

            /s/Deborah A. Behney
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee