IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
   Stubert Martin Turpie, Jr. and ) Case # 1:22-bk-01453-HWV
   Marjorie Lee Turpie )
) Chapter 13
         Debtor(s) )

## PRAECIPE TO WITHDRAW APPEARENCE

Kindly withdraw my appearance for the Debtor(s), Stubert Martin Turpie, Jr. and Marjorie Lee Turpie, in the above captioned case.

Respectfully submitted,

December 18, 2023         /s/ Michael J. Csonka
         MICHAEL J. CSONKA
         Kerrstown Square
         166 South Main Street
         Chambersburg, PA 17201
         (717) 977-3171