United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01453-HWV |
| Stubert Martin Turpie, Jr. | Chapter 13 |
| Marjorie Lee Turpie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 18, 2023 | Form ID: blank001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stubert Martin Turpie, Jr., Marjorie Lee Turpie, 586 Fort Loudon Road, Mercersburg, PA 17236-8617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Stubert Martin Turpie Jr. office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Marjorie Lee Turpie office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stubert Martin Turpie Jr., | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:22−bk−01453−HWV |
| Marjorie Lee Turpie, | |
| **Debtor 2** | |

## NOTICE TO PARTIES IN INTEREST

Your attorney of record, Attorney Michael John Csonka, can no longer represent you. As such, you are no longer represented by an attorney. You are encouraged to retain a new attorney within thirty days of the date of this notice. In the event a new attorney does not file a notice of appearance on your behalf with the Court within thirty days, the Court may consider you to be representing yourself and your case will proceed without the benefit of counsel.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2023 |

BLANK001 07/2022