IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STUBERT MARTIN TURPIE, JR. | : | |
| | : | CASE NO. 1:22-bk-01453 |
| | : | |
| MARJORIE LEE TURPIE | : | |
| | : | |
| Debtors | | |

## WITHDRAWAL OF APPEARANCE OF MICHAEL J. CSONKA, ESQUIRE AND ENTRY OF APPEARANCE OF KARA K. GENDRON, ESQUIRE

PLEASE TAKE NOTICE that MICHAEL J. CSONKA, ESQUIRE hereby withdraws his appearance as counsel for the Debtors and Kara K. Gendron, Esquire enters her appearance in the above–captioned Chapter 13 bankruptcy proceeding as counsel for the Debtors, and pursuant to Bankruptcy Rules 2002 and 9010, respectfully requests that all notices given or required to be given in this case by the Court, the United States Trustee, all Creditors, and/or any other party in interest in this case be given at the address and to the persons and telephone number set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, statement of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise:

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg PA 17101
Telephone: 717. 232.6650
karagendron@gmail.com

/s/ Kara Gendron
_____
Kara K. Gendron, Esquire
Counsel for Debtors