# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

March 1, 2024

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:  Stubert Martin Turpie, Jr. & Marjorie Lee Turpie
     BANKRUPTCY CASE NO:1:22-bk-01453

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

DEPARTMENT OF LABOR & INDUSTRY
UNEMPLOYMENT COMPENSATION BENEFIT
56 EAST GRANT STREET
LANCASTER, PA 17602

to:

DEPARTMENT OF LABOR & INDUSTRY
UNEMPLOYMENT COMPENSATION BENEFIT
1016 N CHARLOTTE STREET
LANCASTER, PA 17603-2764

Please remove old address from the mailing matrix.

Thank you for your attention to this matter.

Sincerely,

 / s/ Elizabeth Snyder

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law