IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **STUBERT MARTIN TURPIE, JR.** | : | |
| **MARJORIE LEE TURPIE** | : | **CASE NO. 1:22-bk-01453** |
|     Debtors | : | |
| | : | |
| **MIDFIRST BANK** | : | |
|     Movant | : | |
| vs. | : | |
| **STUBERT MARTIN TURPIE, JR.** | : | |
| **MARJORIE LEE TURPIE** | : | |
|     Respondents | : | |
| | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted; however, the debtors intend to cure the arrearages via an amended plan and Movant is protected by an equity cushion.

7. Admitted.

8. Denied. The debtors intend to cure the arrearages via an amended plan and Movant is protected by an equity cushion.

9. Denied. The Trustee's website indicates that the Debtors are current on plan payments.

10. The Debtors lack knowledge or information sufficient to form a belief as to the truth of this averment, and therefore deny the same.

11. The Debtors lack knowledge or information sufficient to form a belief as to the truth of this averment, and therefore deny the same.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com