# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

April 29, 2024

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:  Stubert Martin Turpie, Jr. & Marjorie Lee Turpie
     BANKRUPTCY CASE NO:1:22-bk-01453

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
THE WANNAMAKER BUILDING
100 PENN SQUARE EAST - 11TH FLOOR
PHILADELPHIA, PA  19107-3325

to:

US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
801 MARKET STREET, STE 12
PHILADELPHIA, PA  19107-31256

Please remove old address from the mailing matrix.

Thank you for your attention to this matter.

Sincerely,

 */ s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law