UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STUBERT MARTIN TURPIE, JR.
MARJORIE LEE TURPIE     CHAPTER 13

   Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant     CASE NO: 1-22-01453-HWV

STUBERT MARTIN TURPIE, JR.
MARJORIE LEE TURPIE

   Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on March 7, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

– pay arrears within 90 days.
- make the regular monthly payments to the trustee during the remaining term of the plan

As of March 7, 2025, the Debtor(s) is/are $2781.00 in arrears a plan payment having last been made on September 30, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: March 7, 2025     Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STUBERT MARTIN TURPIE, JR.
MARJORIE LEE TURPIE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-22-01453-HWV

Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 7, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA 17101-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
STUBERT MARTIN TURPIE, JR.
MARJORIE LEE TURPIE
586 FORT LOUDON ROAD
MERCERSBURG PA 17236

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 7, 2025

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com