United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stubert Martin Turpie, Jr.  
Marjorie Lee Turpie  
    Debtors

Case No. 22-01453-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 10, 2025     Form ID: pdf010     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stubert Martin Turpie, Jr., Marjorie Lee Turpie, 586 Fort Loudon Road, Mercersburg, PA 17236-8617 |
| 5488610 | + | Cashnet Financial, C/O Accelerated Financial Solution, 39 Monette Pkwy, Smithfield, VA 23430-2577 |
| 5488611 | | Department of Labor & Industry, Unemployment Compensation Benefit, 1016 N Charlotte Street, Lancaster, PA 17603-2764 |
| 5488615 | + | HUD/ISN Corperation W. Opp Center, Att: Secretary Held Loan Servcing, 2000 N Classen Blvd Suite #3200, Oklahoma City, OK 73106-6034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5488609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2025 18:59:02 | Capital One, P O Box 85167, Richmond, VA 23285-5167 |
| 5505085 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2025 18:47:17 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5488612 | | Email/Text: mrdiscen@discover.com | Mar 10 2025 18:52:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5488614 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 10 2025 18:52:00 | FNB Omaha, 1620 Dodge St, Omaha, NE 68197 |
| 5488613 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 10 2025 18:53:00 | Fingerhut Direct, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5488616 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 10 2025 18:53:00 | Indigo Mastercard, PO Box 4499, Beaverton, OR 97076-4499 |
| 5488617 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Mar 10 2025 18:52:00 | Logix Federal Credit Union, 2340 Hollywood Way, Burbank, CA 91505-1124 |
| 5499457 | | Email/Text: ml-ebn@missionlane.com | Mar 10 2025 18:52:00 | Mission Lane LLC., Attn Bankruptcy, P.O. Box 105286, Atlanta Georgia, 30348 |
| 5513469 | + | Email/Text: bkmail@midfirst.com | Mar 10 2025 18:52:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5488619 | + | Email/Text: bkmail@midfirst.com | Mar 10 2025 18:52:00 | Midland Mortgage/Midfirst, P O Box 268959, Oklahoma City, OK 73126-8959 |
| 5511188 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 10 2025 18:58:05 | U.S. Department of Housing and Urban Development, 801 Market Street, STE 12, Philadelphia, PA 19107-31256 |
| 5488620 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 10 2025 18:52:00 | West Penn Power, P O Box 16001, Reading, PA 19612-6001 |
| 5512915 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 10 2025 18:52:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5488618 | | Mecury Card FB & T |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Stubert Martin Turpie Jr. karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Marjorie Lee Turpie karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Stubert Martin Turpie, Jr. <br> Debtor 1 <br><br> Marjorie Lee Turpie <br> Debtor 2 <br><br> Jack N Zaharopoulos <br> Standing Chapter 13 Trustee <br> vs. <br> Movant(s) <br><br> Stubert Martin Turpie, Jr. <br> Marjorie Lee Turpie <br><br> Respondent(s) | Chapter: 13 <br><br> Case No.: 1:22-bk-01453-HWV |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 88, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 86, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 10, 2025